UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHANNON SELLERS                                                                 PLAINTIFF

V.                                    CIVIL ACTION NO. 3:23-cv-00432-SA-RP

ARIZONA BEVERAGES USA, LLC                          DEFENDANT

**AGREED ORDER FOR SUBSTITUTION OF PARTIES**

THIS CAUSE came on before the Court on the Unopposed Motion for Substitution of Parties. The Court, being fully advised in the premises, finding that it has jurisdiction over the parties and the subject matter herein, being advised that the parties are in agreement, finds as follows:

1. Arizona Beverages USA, LLC's ("Arizona") only alleged connection to this matter is that Arizona licenses and sells the product, "Arizona Arnold Palmer Lite" (the "Beverage").

2. The proper party to the Plaintiff's civil action is US Beverage Packers, LLC ("USBP"). USBP is the company responsible for bottling the Beverage.

3. Accordingly, the Court, being advised of the premises, finds that the Unopposed Motion for Substitution of Parties is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant, Arizona Beverages USA, LLC is hereby dismissed without prejudice from this matter and US Beverage Packers USA, LLC will be substituted as the proper defendant.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff shall file her amended complaint by or within ten (10) days following the date of entry of an order granting the Unopposed Motion for Substitution of Parties and that US Beverage Packers, LLC shall file its answer and

1

affirmative defenses to Plaintiff's amended complaint by or within ten (10) days following the date of Plaintiff filing the amended complaint.

IT IS FURTHER ORDERED AND ADJUDGED that the style of this civil action, henceforth, shall read "*Shannon Sellers vs. US Beverage Packers, LLC.*"

SO ORDERED this the 5th day of January, 2024.

UNITED STATES ~~DISTRICT~~ COURT JUDGE
MAGISTRATE

AGREED TO:

David C. Dunbar (MSB No. 6227)
Lauren T. Carpenter (MSB No. 106275)
*Counsel for Defendant*

S. Ray Hill by DCD with permission
S. Ray Hill III, Esq. (MSB No. 100088)
*Counsel for Plaintiff*